**02–158. State v. Staton.**

Miami App. No. 2001CA10. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon consideration of appellant's motion for stay of jurisdictional consideration,

IT IS ORDERED by the court, *sua sponte*, that appellant show cause, within ten days of the date of this entry, why this appeal should not be dismissed.

## DISCIPLINARY CASES

**01–2202. Columbus Bar Assn. v. Moreland.**

On December 19, 2001, the Board of Commissioners on Grievances and Discipline certified its final report to this court in this case recommending that respondent, Jay M. Moreland, Attorney Registration No. 0066281, last known business address in Columbus, Ohio, be suspended for a period of six months. On January 8, 2002, respondent filed a motion to remand. On January 10, 2002, respondent filed objections to the final report of the board and on January 23, 2002, relator, Columbus Bar Association, filed an answer. Upon consideration thereof,

IT IS HEREBY ORDERED by the court that the motion be, and hereby is, granted and that this case be remanded to the Board of Commissioners on Grievances and Discipline for hearing. It is further ordered, *sua sponte*, that proceedings before this court in this case are stayed until further order of this court.

IT IS FURTHER ORDERED, *sua sponte*, that all documents filed with this court in this case shall meet the filing requirements set forth in the Rules of Practice of the Supreme Court of Ohio, including requirements as to form, number, and timeliness of filings.

PFEIFER and COOK, JJ., dissent.

**02–288. Disciplinary Counsel v. Borger.**

The Board of Commissioners on Grievances and Discipline of the Supreme Court has filed a Final Report in the office of the Clerk of this court pursuant to Gov.Bar R. V(7)(D), in which it recommended that the respondent, Iduna Depweg Borger, a.k.a. Margaret Ann McErlane, Attorney Registration No. 0030318, be found mentally ill and suspended from the practice of law. The board further recommends that the costs of these proceedings be taxed to the respondent, Iduna Depweg Borger, a.k.a. Margaret Ann McErlane, in any disciplinary order entered, so that execution may issue. Upon consideration thereof,

IT IS ORDERED by the court, *sua sponte*, that the respondent, Iduna Depweg Borger, a.k.a. Margaret Ann McErlane, show cause why the recommendation of the board should not be confirmed by the court and the disciplinary order so entered.

IT IS FURTHER ORDERED that respondent may show cause by filing a written response with the Clerk of this court on or before twenty days from the date of this order. It is further ordered that relator may file an answer on or before fifteen days after any written response is filed by respondent.

IT IS FURTHER ORDERED, *sua sponte*, that all documents filed with this court in this case shall meet the filing requirements set forth in the Rules of Practice of the Supreme Court of Ohio, including requirements as to form, number, and timeliness of filings.

IT IS FURTHER ORDERED, *sua sponte*, that service shall be deemed made on respondent by sending this order, and all other orders in this case, by certified mail to the most recent address respondent has given to the Attorney Registration Office.

COOK, J., dissents and would order respondent suspended.

## MISCELLANEOUS DISMISSALS